P. Jarrett Cline, #220883
**THE LAW OFFICE OF JARRETT CLINE**
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 617-4444
Email: Jarrett@559law.com

Attorney for Defendant, Anthony E. Tavares

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>ANTHONY E. TAVARES,<br><br>                    Defendant | Case No.: 1:25-PO-00266-SAB<br><br>**JOINT MOTION TO TERMINATE PROBATION PURSUANT TO 3564(c) AND ORDER**<br><br>DATE: March 5, 2026<br>TIME: 10:00 a.m.<br>CRT: 9 |

The parties by and between the parties hereto, through their respective counsel, Joshua Banister Assistant United States Attorney, counsel for the plaintiff, and P. Jarrett Cline, CJA Panel Attorney, counsel for the defendant, hereby move pursuant to 18 U.S.C. Section 3564(c) to terminate early the Defendant's probation because the Defendant has satisfied all conditions of probation.  Presently, the Defendant's probation is set to expire on January 15, 2027.

The Defendant was sentenced by this court on January 15, 2026 to 12 months of unsupervised probation, a fine of $350, a special assessment of $10.00 and a processing fee of $30.00 for a total of $390.

The parties stipulate that the Defendant has completed all his sentencing obligations-paid his fine, assessment and processing fee and has obeyed all laws, therefore the parties request termination of the Defendant's probation at this time.

The Defendant has a review hearing presently set for 11/19/26 at 10:00 a.m. in Courtroom 9 before Magistrate Judge Stanley A. Boone.  The parties move that the review hearing date should be vacated if the motion is granted.

WHEREFORE, the parties request that the Defendant's term of probation be early terminated pursuant to 18 U.S.C. Section 3564(c).

Dated:  February 17, 2026                    Respectfully submitted,


                                             s/P. Jarrett Cline                         ,
                                             P. JARRETT CLINE
                                             Counsel for Anthony Tavares

Dated:  February 17, 2026

                                             s/Joshua Banister                         ,
                                             JOSHUA BANISTER
                                             Assistant United States Attorney

## ORDER

Pursuant to the joint motion of the parties to terminate early the Defendant's term of probation, the Court has considered the factors under 18 U.S.C. Section 3553(a) to the extent applicable and is satisfied that such action is warranted by the conduct of the Defendant and that the termination is in the interest of justice and hereby discharges the Defendant from his probationary term under 18 U.S.C. Section 3564(c).

The review hearing presently scheduled for November 19, 2026 at 10:00 a.m. in Courtroom 9 is hereby vacated and, if applicable, any other dates are also vacated.

IT IS SO ORDERED.

Dated:   **February 17, 2026**        _____

                                             STANLEY A. BOONE
                                             United States Magistrate Judge

2